# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**SHANE MADDOX BRUCE, f/k/a**
**RUSTIN GORDON JACKSON,**

       **Plaintiff,**

**v.**                               **CASE NO. 5:13-cv-19-RS-EMT**

**JAMES MINCHEW and BAY COUNTY**
**SHERIFF'S OFFICE,**

       **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20).

No objections have been filed.

    **IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is

        approved and incorporated in this Order.

    2.    Plaintiffs' Notice of Voluntary Dismissal (Doc. 19) is

        **GRANTED**.  The case is **dismissed without prejudice**.

    3.    The clerk is directed to close the file.

**ORDERED** on September 17, 2013.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**